IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS,

    Plaintiff,                    No. CIV S-06-2381 FCD KJM P

    vs.

D.L. RUNNELS, et al.,

    Defendants.           <u>ORDER</u>

_____/

        On May 24, 2007, plaintiff filed a document which the court construes as a request for reconsideration of the magistrate judge's order filed May 14, 2007 dismissing plaintiff's complaint and granting him leave to amend. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 14, 2007 is affirmed.

DATED: June 28, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE