IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS,

        Plaintiff,                  No. CIV S-06-2381 FCD KJM P

   vs.

D.L. RUNNELS, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of May 14, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 9, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted forty-five days from the date of this order in which to file an amended complaint.

DATED: July 16, 2007.

                                      U.S. MAGISTRATE JUDGE

/ke
will2381.36