IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS,

        Plaintiff,                    No. CIV S-06-2381 FCD KJM P

    vs.

D. L. RUNNELS, et al.,

        Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On March 6, 2008, the court recommended that this action be dismissed for plaintiff's failure to file a second amended complaint. Plaintiff has now filed a second amended complaint. Therefore, the court will vacate its March 6, 2008 findings and recommendations.

        Plaintiff's second amended complaint states cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the second amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his Eighth Amendment claims against defendants Scovel, Dial, Cox, James, Roche and Runnels.

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's March 6, 2008 findings and recommendations are vacated.

2. Service is appropriate for the following defendants: Scovel, Dial, Cox, James, Roche and Runnels.

3. The Clerk of the Court shall send plaintiff six USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed March 17, 2008.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 2 above; and

    d. Seven copies of the endorsed second amended complaint filed March 17, 2008.

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: June 17, 2008.

_____
U.S. MAGISTRATE JUDGE

---

[1] will2381.1(3.17.08)

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8  STEVEN WILLIAMS,
9          Plaintiff,                          No. CIV-S-06-2381 FCD KJM P
10     vs.
11 D. L. RUNNELS, et al.,                      NOTICE OF SUBMISSION
12         Defendants.                         OF DOCUMENTS
13 _____/
14         Plaintiff hereby submits the following documents in compliance with the court's
15 order filed _____:
16              _____   completed summons form
17              _____   completed USM-285 forms
18              _____   copies of the Second Amended Complaint
19 DATED:
20
21
                                               _____
22                                             Plaintiff
23
24
25
26