IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS,

        Plaintiff,                    No. CIV S-06-2381 FCD KJM P

   vs.

D. L. RUNNELS, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff has filed a motion in which he asks that the court, among other things, order that prison officials provide plaintiff with access to the prison law library. However, plaintiff has not shown that he needs more access to the law library than he is already permitted. Plaintiff also asks that the court order prison officials to provide him with more access to his legal property. Again, plaintiff has not shown that entry of such an order is warranted.

/////

/////

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's June 24, 2008 "Motion
2 | For Protective Order" (docket #30) is denied.
3 | DATED: August 20, 2008.

_____
U.S. MAGISTRATE JUDGE

1
will2381.po