IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STEVEN WILLIAMS,** | 2:06-CV-2381 FCD KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANT ROCHE'S FIRST REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **D.L. RUNNELS, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant Roche is granted an eight-day extension to file a responsive pleading. Defendant Roche's responsive pleading shall be due on or before October 31, 2008.

IT IS SO ORDERED.

Dated: October 30, 2008.

_____
U.S. MAGISTRATE JUDGE

Order Granting Defendant Roche's First Request for an Extension of Time Nunc Pro Tunc

1