IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**STEVEN WILLIAMS,**

                Plaintiff,

      **v.**

**D.L. RUNNELS, et al.,**

                Defendants.

2:06-CV-2381 FCD KJM P

**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC**

Good cause appearing, Defendants are granted a seventeen-day extension to file a reply to Plaintiff's opposition to Defendants' motion to dismiss. Defendants' reply brief shall be due on or before December 5, 2008.

IT IS SO ORDERED.

DATED: December 5, 2008.

_____
U.S. MAGISTRATE JUDGE