IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS

      Plaintiff,                            No. CIV S-06-2381 FCD CMK (TEMP) P

   vs.

D.L. RUNNELS, et al.

      Defendants.                 ORDER

        Plaintiff seeks additional time in which to file objections to the findings and recommendations of February 11, 2011.  Good cause appearing, the motion will be granted. Plaintiff is apprised that the court will grant no further extensions of time absent a showing of extraordinary circumstances.

        IT IS THEREFORE ORDERED that the motion for and extension of time (Docket No. 102) is granted.  Plaintiff has until March 18, 2011, to file objections to the findings and recommendations of February 11, 2011.

DATED: March 2, 2011

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE