IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS,

        Plaintiff,                No. CIV S-06-2381 MCE CKD P

    vs.

DIAL, et al.,

        Defendants.          <u>ORDER</u>

_____/

        On September 9, 2011, plaintiff filed a motion for review, construed as a motion for reconsideration, of the magistrate judge's order filed August 22, 2011, denying plaintiff's motion for protective order.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed August 22, 2011, is affirmed.

Dated:  September 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE