IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN WILLIAMS,** | Case No. 2:06-CV-2381 MCE CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **D.L. RUNNELS, et al.,** | |
| Defendants. | |

Defendant Dial's request for an extension of time to file a reply in support of his motion to dismiss for failure to exhaust was considered by this Court, and good cause appearing,

IT IS ORDERED that Defendant Dial is granted thirty-one days, to and including, January 27, 2012, to file his reply.

Dated: December 23, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE