IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WILLIAMS, | No. 2:06-cv-02381-MCE-CKD P |
| Plaintiff, | |
| vs. | ORDER |
| DIAL, et al., | |
| Defendants. | |
| _____/ | |

On December 19, 2011, plaintiff filed a "motion to alter judgment" (ECF No. 146), which the court construes as a request for reconsideration of the magistrate judge's discovery order filed November 30, 2011 (ECF No. 144). Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, this Court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

/////

/////

/////

/////

1    Therefore, IT IS HEREBY ORDERED that plaintiff's request for reconsideration is
2 DENIED.

3  Dated: January 11, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE