IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS,

        Plaintiff,                    No. 2:06-cv-2381 MCE CKD P

    vs.

D. L. RUNNELS, et al.,

        Defendants.             <u>ORDER</u>

                               /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 23, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 161.) Plaintiff has filed objections to the findings and recommendations.[1] (ECF No. 167.)

---

[1] On July 12, 2012, the court issued notice to plaintiff pursuant to the Ninth Circuit's recent decision in Woods v. Carey, No. 09-15548 (9th Cir. July 6, 2012), and granted plaintiff 21 days to file additional evidentiary materials regarding defendant Dial's motion to dismiss for failure to exhaust administrative remedies. (Dkt. No. 168.) On August 3, 2012, plaintiff filed additional materials. (Dkt. No. 170.)

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including the recently filed Woods materials, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 23, 2012, are ADOPTED IN FULL;

2. Defendant Dial's November 14, 2011 motion to dismiss for failure to exhaust administrative remedies (Dkt. No. 141) is GRANTED; and

3. This action is DISMISSED as to Dial.

Dated: August 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2