UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WILLIAMS, | No. 2:06-cv-2381 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. L. RUNNELS, et al., | |
| Defendants. | |

On June 10, 2013, plaintiff filed a "motion on appeal with evidence of imminent danger" (ECF No. 180) and a third motion for reconsideration pursuant to Rule 60 (ECF No. 180-1).  This civil rights action was closed on August 23, 2012, and plaintiff's prior two motions for reconsideration were denied on December 6, 2012.  Plaintiff's appeal of the judgment is now before the Court of Appeals for the Ninth Circuit.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

IT IS HEREBY ORDERED that plaintiff's motion on appeal and motion for reconsideration (ECF No. 180) are denied.

Dated:  June 17, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / will2381.58

1